# United States Court of Appeals

### For the Eighth Circuit

_____

No. 18-1903

_____

Larry David Davis

*Plaintiff - Appellant*

v.

Detective Brian Daniel, Clark County Sheriff's Department; Detective Russell, Clark County Sheriff's Department; Kim Giels, part owner of Southfork Truck Stop; Blake Badston, Circuit Court Prosecutor

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Western District of Arkansas - Hot Springs

_____

Submitted: September 19, 2018
Filed: October 12, 2018
[Unpublished]

_____

Before KELLY, ERICKSON, and GRASZ, Circuit Judges.

_____

PER CURIAM.

Arkansas inmate Larry Davis appeals the district court's[1] dismissal without prejudice of his pro se 42 U.S.C. § 1983 complaint based on absolute prosecutorial immunity and *Heck v. Humphrey*, 512 U.S. 477 (1994). Upon de novo review, *see Cooper v. Schriro*, 189 F.3d 781, 783 (8th Cir. 1999) (per curiam), we conclude that dismissal was proper. Accordingly, we affirm. *See* 8th Cir. R. 47B. Davis's motion to expand the record is denied as futile.

———————————————————

[1]The Honorable P.K. Holmes, III, Chief Judge, United States District Court for the Western District of Arkansas.